

U. S. Department of Justice

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*　　　　　　　*Telephone (919) 856-4530*
*150 Fayetteville Street*　　　　　*Criminal FAX (919) 856-4487*
*Suite 2100*　　　　　　　　　　　　*Civil FAX (919) 856-4821*
*Raleigh, NC 27601*　　　　　　　　*www.usdoj.gov/usao/nce*

## MEMORANDUM

DATE:　　　　September 23, 2020

TO:　　　　　Clerk's Office
　　　　　　　United States District Court
　　　　　　　Eastern District of North Carolina
　　　　　　　Raleigh, North Carolina

REPLY TO:　Robert J. Higdon, Jr.
　　　　　　　United States Attorney

ATTN OF:　MARK J. GRIFFITH
　　　　　　　Special Assistant United States Attorney

SUBJECT:　UNITED STATES v. ALEX RICHARD MEADOWS
　　　　　　　No. 7:20CR158　　　SOUTHERN DIVISION

　　　　Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service, and USMC Criminal Investigation Division. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

　　　　The warrant should be returnable before the U.S. Magistrate Judge.

MJG:jk

cc:　US Marshal Service
　　　US Probation Office