UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 7:20-CR-158-1M

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | ORDER TO CONTINUE |
| | * | ARRAIGNMENT AND RESET |
| ALEX MEADOWS | * | PRETRIAL DEADLINES |
| Defendant | * | |

For good cause shown, the Defendant's motion to continue and reset the arraignment is hereby GRANTED. It is ORDERED that the arraignment be reset to _____. The Court further ORDERS that the pre-trial deadlines for filing motions are re-set as follows: _____

_____ .

The Court finds that the ends of justice served by granting this matter to be rescheduled outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by rescheduling these matters are excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ORDERED, this the \_\_\_\_\_ day of _____, 2020.

_____
Honorable Richard E. Myers II
United States District Judge